# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CINDY DIVINE, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>VENTURE FINANCIAL )<br>SERVICES, INC., )<br>)<br>DEFENDANT. ) | Case No. 15-cv-02639 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, Plaintiff and Plaintiff's counsel hereby give notice that the above-titled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: May 27, 2015**

Respectfully submitted,

By: s/Ryan M. Callahan
Attorney for Plaintiff

Ryan Callahan
**Callahan Law Firm, LLC**
221 E. Gregory Blvd., Suite A
Kansas City, MO 64114-1138
Ph: 816-822-4041
ryan@callahanlawkc.com